IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE RESEARCH INSTITUTE AT NATIONWIDE CHILDREN'S HOSPITAL, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 25-683 (JLH) (EGT) |
| ILLUMINA, INC., | ) | |
| Defendant. | ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Plaintiff The Research Institute at Nationwide Children's Hospital ("NCH") and Defendant Illumina, Inc. ("Illumina"), pursuant to Paragraph 11 of the Scheduling Order (D.I. 34), as modified by Stipulation (D.I. 60), submit this Joint Claim Construction Chart for U.S. Patent No. 9,552,458 ("the '458 patent"). The asserted claims of the '458 patent are claims 1–8, 10–12, 29, 31, 33–35, and 37. This chart identifies the claim term(s)/phrase(s) in issue and each party's proposed construction with citations only to intrinsic evidence, as required by Paragraph 11 of the Scheduling Order. The parties have identified nine (9) disputed claim terms.

The parties reserve the right to rely on intrinsic and extrinsic evidence cited by the opposing party in support of their own proposed constructions. The parties further reserve the right to amend, supplement, or modify their proposed constructions during briefing and supplement evidence based on ongoing proposed constructions. The parties also reserve the right to rely on the claim language itself as evidence of its proper construction, and to cite any references cited or considered during prosecution of the '458 patent.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Karen Jacobs (#2881)
Megan Dellinger (#5739)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@morrisnichols.com
mdellinger@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs*
*The Research Institute at*
*Nationwide Children's Hospital*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorney for Defendant Illumina, Inc.*

October 7, 2026

The parties have agreed to the following construction(s):

| Claim Term | Joint Proposed Construction |
|---|---|
| "wherein the parallel processing paths further correspond to read pairs with both mates mapped to the same subset"<br><br>*Claim 4* | "wherein the parallel processing paths further correspond to read pairs with both mates mapped to the same subset of the plurality of subsets referenced in the splitting step of claim 1" |
| "local realignment"<br><br>*Claims 5, 34–35* | "realignment around indels" |

The parties dispute the construction(s) of the following term(s) of U.S. Patent No. 9,552,458:

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "A method for improving the utilization of processing capability of a computing system analyzing genetic sequence data associated with a subject" *(claim 1 preamble)*<br><br>"A method for improving utilization of processing capability of a computing system analyzing genetic sequence data of a subject" *(claim 33 preamble)*<br><br>*Claims 1, 33 (preambles)* | Preamble is limiting | '458 patent, claims 1, 33; 1:14–20; 3:42–4:22 5:24–27; 8:15–17; 13:30–55; 16:22–25; 17:48–51; 19:29–32; 19:50–52; FIGS. 5A, 5B, 8, 12.<br><br>'458 FH, Response to Non-Final Office Action of Feb. 12, 2016, Amendment to claim 1; *id.*, Remarks. | Preamble is not limiting. | '458 patent, claims 1, 33 (body recites complete method: receiving/obtaining, splitting, defining, analyzing steps); Abstract; 3:22–3:38; 4:7–37; 4:59–5:51, 19:64–20:31, FIGS. 1, 2A–2B, 4.<br><br>'458 FH, Application as filed, original claim 1 ("A method for improving the processing efficiency of analyzing genetic sequence data of a subject") and original claim 34 ("A method for analyzing genetic sequence data of a human").<br><br>'458 FH, June 13, 2016 Response, |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Listing of Claims at 3, 7–8 (amendments to claims 1 and 34 made throughout the body as well as preamble); *id.*, Remarks at 13–16.<br><br>'458 FH, May 14, 2024 Applicant Initiated Interview Summary.<br><br>'458 FH, Examiner's Statement of Reasons for Allowance (identifying body steps of splitting, defining inter-subset, and analyzing). |
| 2. | "defining an inter-subset of the genetic sequence data for read pairs with both mates mapped to different subsets of the plurality of subsets" | Identifying read pairs of the genetic sequence data with both mates mapped to different subsets of the plurality of subsets | '458 patent, claims 13, 32; 10:13–24; 14:35–15:33; 16:13–28; 18:17–28; 18:31–33; 20:2–6; 20:22–31; FIGS. 3D, 3H, 3I, 3L, 4. | "defining an inter-subset of the genetic sequence data for read pairs with both mates mapped to different subsets of the plurality of subsets referenced in the splitting step" | '458 patent, claim 1 (splitting step creates "plurality of subsets, each subset corresponding to either one chromosome … or the mitochondria |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | *Claim 1* | | '458 FH, Response to Non-Final Office Action of Feb. 12, 2016, Amendment to claim 1. | | DNA"; "the plurality of subsets" refers back to splitting step); claims 4 (refers back to splitting step), 7 (identifies inter-subset as discrete, defined object), 9 (same), 12 (defining subsets based on mapping), 13–17, 32, 43–45, 48 (splitting into segments and then "inter-segment reads with read pairs with both mates mapped to different segments, are saved into an inter-segment BAM file"), 49 (merging the inter-segment reads back into the respective BAM file); Abstract, 4:25–49; 5:16–23; 5:41–46; 5:56–66; 6:37–60; 7:1–63, 10:15–23; 10:29–56; 14:35–15:33; 16:11– |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | 16; 18:31–43; 19:66–20:9; 2016–21; FIGS. 2A–2B, 3A–3R, 4.<br><br>'458 FH, June 13, 2016 Response, Listing of Claims at 3; *id.*, Remarks at 14–15.<br><br>'458 FH, Examiner's Reasons for Allowance. |
| 3. | "each parallel processing path corresponding to either a chromosome of the plurality of chromosomes or the mitochondrial DNA"<br><br>*Claim 1* | Plain and ordinary meaning[1], wherein the plain and ordinary meaning is "each parallel processing path processing genetic sequence data corresponding to a different chromosome of the | '458 patent, claim 9; 5:3–46; 9:11–34; 10:8–12; 10:46–56; 15:15–17:36; 20:22–31; FIGS. 3H–3L, 5A–6. | "each parallel processing path processes data from only one chromosome of the plurality of chromosomes or from only the mitochondrial DNA" | '458 patent, claim 1 (splitting step creates "plurality of subsets, each subset corresponding to either one chromosome … or the mitochondria DNA"; "the plurality of subsets" refers back to splitting |

[1] NCH has provided an articulation of the proposed plain and ordinary meaning for terms to which Illumina has proposed a construction. However, NCH does not concede that the term requires a construction or that the articulation of the plain and ordinary meaning would constitute a proper construction.

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | plurality of chromosomes or to the mitochondrial DNA" | | | step); claims 7, 9, 12, 13, 32, 33–37; 4:37–48; 5:12–20; 5:31–46; 6:4–9; 6:30–45; 7:66–8:4; 10:9–56; 13:53–14:14; 14:37–41; 14:56–15:30; 17:44–47; 18:31–33; 19:13–21; 19:66–20:9; FIGS. 2A–2B, 3A–3R, 4.<br><br>'458 FH, March 15, 2013, Application as filed, original claims 1 ("creating an inter-subset"), 10, 14–16, 39, 44, 49.<br><br>'458 FH, June 13, 2016 Response, Listing of Claims at 3; *id.*, Remarks at 14–15.<br><br>'458 FH, Examiner's Reasons for Allowance. |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| 4. | "inter-subset"<br><br>*Claims 1, 7, 13* | Plain and ordinary meaning, wherein the plain and ordinary meaning is "data identifying read pairs with both mates mapped to different subsets" | All intrinsic evidence cited above for "defining an inter-subset."<br><br>'458 patent, claim 13; 2:56–65; 14:35–15:33; 19:64–20:31. | "a set with only read pairs with both mates mapped to different subsets" | '458 patent, claims 1, 4, 7, 9, 13, 32, 38, 42, 43, 48; 4:32–35; 5:21–23; 5:41–46; 5:56–62; 6:4–9; 6:39–4; 10:34–38; 14:37–41; 14:66–15:16; 16:2–16:7; 17:58–18:10; 18:31–33; 19:62–20:6; 20:16–21; FIGS. 2A–2B, 3I, 4.<br><br>'458 FH, March 15, 2013, Application as filed, original claims 1 ("creating an inter-subset"), 10, 14–16, 39, 43–46.<br><br>'458 FH, Substitute specification ¶[0060], ¶[0118]<br><br>'458 FH, June 13, 2016 Response, Listing of Claims (amended to "both |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | mates mapped to different subsets"), claims 8, 39–44, and Remarks re "creation of inter-sets"<br><br>'458 FH, Examiner's Reasons for Allowance. |
| 5. | "the method comprising: (a); (b); (c); (d); [and (e)]."<br><br>*Claims 1, 33* | No order requirement | '458 patent, claim 32; 14:36–15:33. | Each step of the method must be performed in the order recited | '458 patent, claim 1 (antecedent basis — "the genetic sequence data" split after receipt; "the plurality of subsets" referenced in defining and analyzing steps; "the obtained genetic sequence data"); claim 33; claim 32; 9:20–10:56 (Table 1 prerequisites); 14:30–15:30; 15:5–20; FIGS. 1, 2A–2B, 3A–3R, 4. |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | '458 FH, June 13, 2016 Response, Remarks at 14–15.<br><br>'458 FH, May 14, 2024 Applicant Initiated Interview Summary. |
| 6. | "read pairs"<br><br>*Claims 1, 4, 15* | Plain and ordinary meaning, wherein the plain and ordinary meaning is "pairs of paired-end reads" | '458 patent, 9:11–10:27; 14:3–15:33; 15:65–16:2; 18:44–61; 19:12–21; FIGS. 3A–3B, 4. | "two strings of genetic sequence data determined by a sequencer that are generated from the opposite ends of the same DNA fragment" | '458 patent, claims 1, 4, 10–12, 15–17, 33, 38, 42–43, 48–49; 1:42–46; 1:58–2:24; 7:56–64; 9:23–28; 10:29–56; 13:20–27; 14:51–15:28; 15:66–16:2; 17:55–60; 19:14–17; FIGS. 2A, 3A–3I, 4.<br><br>'458 FH, Application as filed, original claim 1. |
| 7. | "genotyping"<br><br>*Claim 6* | Plain and ordinary meaning, wherein the plain and ordinary meaning is "determining alleles | '458 patent, claims 6, 53, 57; 2:24–46; 5:31–46; 8:56–9:5; 8:65–66; 10:11–12; 10:52–56; 13:62–14:2; 14:45–47; | "determining genetic variants in a nucleotide sequence" | '458 patent, claims 1, 6, 36, 47, 53, 57; 2:34–37; 3:7–9; 4:49–51; 5:36–37; Title; 1:9–14; 1:31–35; |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | present in a subject at a genomic location" | 16:61–17:24; 16:61–17:36. | | 2:25–40; 3:1–11; 5:38–39; 8:65–67; Table 1; 16:61–17:36; FIGS. 1, 3M–3N.<br><br>'458 FH, Application as filed, original claims 7, 34–37.<br><br>'458 FH, June 13, 2016 Response, Listing of Claims at 4, 7–8.<br><br>'458 FH, June 13, 2016 Amendment/ Request for Reexamination, Response, ¶[0049]: "Unified Genotyper 38 … produce raw SNP and indel calls." |
| 8. | "processor cores of the computing system" / "processor cores" / "processing cores" / | Plain and ordinary meaning, wherein the plain and ordinary meaning is "a processing | '458 patent, claims 18, 31, 43, 48; 4:1–6; 4:59–5:4; 5:57–6:3; 6:19–22; 10:57–13:67; 12:30– | "a physical processing unit of a CPU" | '458 patent, claims 18, 33, 39, 43, 48; Abstract; 4:59–5:2; 6:1–3; 12:28–39; 12:44–46; 12:64– |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | "processing cores of the computing system"<br><br>*Claims 33, 43, 48* | construct for executing a respective processing path" | 13:2; 19:37–62; FIGS. 9–12. | | 13:2; 13:16–20; 14:9–12; 19:45–62; FIGS. 5B, 6, 9–12.<br><br>'458 FH, Application as filed, original claim 34.<br><br>'458 FH, June 13, 2016 Response, Listing of Claims at 7–8; *id.*, Remarks at 14–16. |
| 9. | "wherein a number of parallel processing paths of the plurality of parallel processing paths corresponds to a number of processor cores of the computing system"<br><br>*Claim 33* | Plain and ordinary meaning, wherein the plain and ordinary meaning is "wherein the number of parallel processing paths depends on the number of processor cores" | '458 patent, claim 48; Abstract; 4:59–5:2; 5:67–6:3; 13:29–55; 14:4–34; FIGS. 5A–6. | "wherein each processor core of the number of processor cores has the same number of processing paths" | '458 patent, claims 18, 33, 48 (contrast: claim 48 "based on … a number of available processing cores"); claim 43; Abstract, 4:59–5:2; 5:66–6:2; 13:30–14:3; 14:20–15:28; 18:52–60; FIGS. 5A–5B, 6, 9–12. |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | '458 FH, Application as filed, original claim 34.<br><br>'458 FH, June 13, 2016 Response, Listing of Claims at 7–8; *id.*, Remarks at 14–16. |